# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:16-cv-08024-JFW-KSx

Date December 14, 2016

Title: Dentsply Sirona Inc. v. BiteDownDeals, LLC

Present: The Honorable John F. Walter

|  |  |
|---|---|
| S. Reilly | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Not Present

Attorneys Present for Defendants:

Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Make JS-6. NOTICE of Voluntary Dismissal with Prejudice.

☐ Entered _____.

Initials of Preparer    sr